## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BILLY CHARLES AARON                                                                                   PLAINTIFF
ADC #110649

V.                                    NO: 5:12CV00034 SWW/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 6th day of February, 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE